| | |
|---|---|
| AFFT | **UNITED STATES DISTRICT COURT**   **SOUTHERN DISTRICT**   STATE OF NEW YORK |
| CIVIL | **11CIV4321**   DEPT. |

Sullivan & Worcester LLP
Gretchen S. Silver
1290 Avenue of the Americas
New York, NY 10104
State Bar No.: 1534
Attorney(s) for: Plaintiff(s)

*Professional Offshore Opportunity Fund, Ltd.,*

Date:
Time:

vs                                    *Plaintiff(s)*

*Huifeng Bio-Pharmaceutical Technology, Inc.,*

**AFFIDAVIT OF SERVICE**

*Defendant(s)*

___

__Jose Villegas__, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received __1__ copy(ies) of the: __Summons in a Civil Action & Complaint; Civil Cover Sheet; Rule 7.1 Statment; Electronic Case Filing Rules & Instructions; Individual Practices Of Magistrate Judge Michael H. Dolinger; Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, New York, NY 10007__

on the __30th__ day of __June, 2011__ and served the same on the __5th__ day of __July, 2011__ at __3:23 PM__ by:

1. delivering and leaving a copy with the __Defendant(s),__ __ __ at __ __.

2. serving the Defendant(s), ____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant(s)'s usual place of abode located at ___.

3. serving the Defendant(s), __Huifeng Bio-Pharmaceutical Technology, Inc.__ by personally delivering and leaving a copy at: __Registered Agent, Incorp Services Inc., 2360 Corporate Circle, Ste. 400, Henderson, NV 89074__.

   a. with __ __ as __ __ an agent lawfully designated by statute to accept service of process;

   b. with __Aurora Murtey, Service of Process Administrator__ pursuant to NRS 14.020 as a person of suitable age and and discretion at the above address, which address is the address of the registered agent as shown on the current certificate of designation filed with the Secretary of State.

State of Nevada, County of __Clark__

SUBSCRIBED AND SWORN to before me on this

__6th__ day of __July__ __2011__

Notary Public   **D. Watts**

*[Notary seal: NOTARY PUBLIC STATE OF NEVADA County of Clark D. WATTS Appt. No. 10-2737-1 My Appt. Expires Aug. 17, 2014]*

Affiant **Jose Villegas**                    #: 3008807
**Legal Process Service**         License # 604
WorkOrderNo **1105587**

*Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255*

193