Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
PROFESSIONAL OFFSHORE                                               :
OPPORTUNITY FUND, LTD., a company                                   :
registered under the laws of the British Virgin                     :   Index No. 11-cv-04321-LAK
Islands,                                                            :
                                                                    :   **AFFIDAVIT OF SERVICE**
                          Plaintiff,                                :
                                                                    :
      -against-                                                     :
                                                                    :
HUIFENG BIO-PHARMACEUTICAL                                          :
TECHNOLOGY, INC., a Nevada corporation,                             :
                                                                    :
                          Defendant.                                :
                                                                    :
------------------------------------------------------------------- x

STATE OF NEW YORK      )
                       ) s.s.:
COUNTY OF NEW YORK     )

    Gretchen S. Silver, being duly sworn, deposes and says: I am over 18 years of age, a resident of Queens County, and not a party to this action.

    1. On July 5, 2011, I served the Summons and Complaint, Civil Cover Sheet, Rule 7.1 Statement, Electronic Filing Rules & Instructions, and Individual Practices of Magistrate Judge Michael H. Dolinger and United States District Judge Lewis A. Kaplan on defendant by Fedex International Priority delivery, pursuant to ¶¶ 13 and 15 of the Note, attached as Exhibit A to the Complaint, at the following location:

{N0275206; 1}

Huifeng Bio-Pharmaceutical Technology, Inc.
16B/F Ruixin Road Bldg. No. 25
Gaoxin Road, Xi An 710075
Shaanxi Province, China
Attention: Mr. Jing'an Wang

_____
Gretchen S. Silver

Sworn to before me this
15th day of July, 2011

_____
Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 1͜5

{N0275206; 1}2

N0111341v