Kaplan,)

SDNY
UMENT
CTRONICALLY FILED
C #: _____
E FILED #: 7/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD.,

         Plaintiff,

  -against-

HUIFENG BIO-PHARMACEUTICAL
TECHNOLOGY, INC.,

         Defendant.

-------------------------------------------------------------- x

Index No. 11-cv-04321-LAK

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through the undersigned counsel, that the deadline for defendant Huifeng Bio-Pharmaceutical Technology, Inc. to answer or otherwise respond to the Complaint shall be extended to and including Monday, August 1, 2011.

IT IS FURTHER STIPULATED AND AGREED that the defendant will not interpose an affirmative defense or motion concerning service of the summons and complaint or personal jurisdiction over the defendant.

DATED: New York, New York
        July 18, 2011

SULLIVAN & WORCESTER LLP

_____
Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
1290 Avenue of the Americas, 29th FL
New York, New York 10104
(212) 660-3000
*Attorneys for Plaintiff*

BERNARD & YAM LLP

_____
Man C. Yam (MY 6266)
401 Broadway, 1708
New York, NY 10013
(212) 219-7783
*Attorneys for Defendant*

2 1 JUL 2011

JUDGE CROTTY
SO ORDERED:

_____
U.S.D.J.

{N0275467; 1}