# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PROFESSIONAL OFFSHORE OPPORTUNITY FUND, LTD.,  Plaintiff,  -v-  HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., Defendant. | Case No. 11-cv-4321 (LAK)  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 07/29/2011

Man Yam
Digitally signed by Man Yam
DN: cn=Man Yam, o=Bernard & Yam, LLP, ou, email=man.bylaw@gmail.com, c=US
Date: 2011.07.29 17:26:19 -04'00'

**Signature of Attorney**

**Attorney Bar Code:** MY6266

STATE OF NEW YORK, COUNTY OF NEW YORK      ss:

I the undersigned, affirm under the penalties of perjury that: I am an attorney admitted to practice in the Courts of the State of New York, I am not a party to the action, am over 18 years of age and the attorney for HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., defendant herein.

On July 29, 2011, I served the within ANSWER and AFFIRMATIVE DEFENSES and Rule 7.1 Corporate Disclosure Statement.

____ by depositing a true copy thereof in an envelope and sending it via UNITED STATES POSTAL SERVICE to the address set forth:

____ by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party within.

__X_ by ECF at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose.

____ by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

To: Gretchen S. Silver (GS 1534)
   1290 Avenue of the Americas, 29 Fl.
   New York, NY 10104
   (212) 660-3000

Dated: New York, New York
    July 29, 2011

                 /s/ Man Yam
                 Man Yam