Andrew T. Solomon
Gretchen S. Silver
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PROFESSIONAL OFFSHORE OPPORTUNITY FUND, LTD., a company registered under the laws of the British Virgin Islands,

          Plaintiff,

  -against-

HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., a Nevada corporation,

          Defendant.

------------------------------------------------------------------------ x

11-cv-04321-LAK

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT,** upon the accompanying memorandum of law, the Declaration of Andrew T. Solomon, the Declaration of Howard Berger, the Rule 56.1 Statement of Material Facts, and all prior pleadings and proceedings had herein, plaintiff Professional Offshore Opportunities Fund, Ltd. will move this Court, Hon. Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for entry of an order granting plaintiff summary judgment against defendant Huifeng Bio-Pharmaceutical Technology, Inc. pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's direction at the preliminary conference held on October 7, 2011, any answering papers in response to this motion are due to be filed on or before November 29, 2011, and any reply papers are due to be filed on or before December 5, 2011.

Dated: New York, New York
       November 2, 2011

SULLIVAN & WORCESTER LLP

By: /s/
    Andrew T. Solomon
    asolomon@sandw.com
    Gretchen S. Silver
    gsilver@sandw.com
    1290 Avenue of the Americas, 29th Floor
    New York, NY 10104
    (212) 660-3000

    *Attorneys for Plaintiff Professional Offshore Opportunities Fund, Ltd.*

To:  BERNARD & YAM, LLP
     401 Broadway, Suite 1708
     New York, N.Y. 10013
     Attn: Man Yam, Esq.
     (212) 219-7983

     *Attorneys for Defendant*