Andrew T. Solomon
Gretchen S. Silver
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PROFESSIONAL OFFSHORE OPPORTUNITY FUND, LTD., a company registered under the laws of the British Virgin Islands,

    Plaintiff,

  -against-

HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., a Nevada corporation,

    Defendant.

------------------------------------------------------------------------ x

11-cv-04321-LAK

**DECLARATION OF ANDREW T. SOLOMON**

ANDREW T. SOLOMON, pursuant to 28 U.S.C. § 1746, declares:

1. I am a partner with the law firm of Sullivan & Worcester LLP, counsel to the Plaintiff Professional Offshore Opportunity Fund, Ltd. I make this declaration, based on my personal knowledge, in support of Plaintiff's motion for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint that plaintiff filed in this action.

3. Attached hereto as Exhibit B is a true and correct copy of the Amended Answer that defendant filed in this action.

2

4. Attached hereto as Exhibit C is a true and correct copy of Defendant's Response to Plaintiff's First Request for Admissions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 2, 2011                              /s/_____
                                                               Andrew T. Solomon