Andrew T. Solomon
Gretchen S. Silver
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | | |
|---|---|---|
| PROFESSIONAL OFFSHORE OPPORTUNITY FUND, LTD., a company registered under the laws of the British Virgin Islands, | : : : | 11-cv-04321-LAK |
| Plaintiff, | : | **REPLY DECLARATION OF ANDREW T. SOLOMON** |
| -against- | : | |
| HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., a Nevada corporation, | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------------ x

    ANDREW T. SOLOMON, pursuant to 28 U.S.C. § 1746, declares:

    1. I am a partner with the law firm of Sullivan & Worcester LLP ("S&W"), counsel to the Plaintiff Professional Offshore Opportunity Fund, Ltd. ("PROOF"). I make this declaration, based on my personal knowledge, in further support of Plaintiff's motion for summary judgment against Huifeng Bio-Pharmaceutical Technology, Inc. ("HFGB").

    2. In its opposition to the instant motion, HFGB cites a number of state and federal court case in New York in which PROOF is a party. Taking the case cited, I prepared the chart below to demonstrate the interstate (as opposed to intrastate) nature of PROOF's investment business. I

note that S&W was involved (and I supervised) aspects of all of these litigations or the transactions (except National Maintenance Group).

**PROOF LAWSUITS INVOLVING INVESTMENTS**

| Plaintiff | Defendant | Index No. | Court | D. Place of Formation | D. Principal Place of Business | Source |
|---|---|---|---|---|---|---|
| PROOF | Franklin Tower Enterprises Inc. | 08 CV 3767(DC) | SDNY | Nevada | New Hamphsire | PACER |
| PROOF | Amerex Group, Inc. | 08 CV 5643 (SS) | SDNY | Delaware | | PACER |
| PROOF | Zealous Trading Group | 650260/2008 | NY County | Nevada | California | EDGAR |
| PROOF | National Maintenance Group | 601039/2009 | NY County | Delaware | Arizona | OTC Pink Sheets |
| PROOF | Infosmart Group, Inc. | 112894/2010 | NY County | California | Hong Kong | EDGAR |
| PROOF | Global Home Group, LLC | 023805/2009 | Suffolk County | New York | New York | S&W Files |
| PROOF | Lloyd J. Braider | 008296/2011 | Suffolk County | New York | New York | S&W Files |

3. I used the following sources of information to prepare the chart:

a. Public Access to Court Records ("PACER") located at http://www.pacer.gov/.

b. U.S. Securities and Exchange Commission's EDGAR database ("EDGAR") located at http://www.sec.gov/edgar.shtml.

c. OTC.com's Pink Sheets ("OTC Pink Sheets") located at http://otc.com/

d. Sullivan & Worcester LLP's files ("S&W Files"), including the underlying pleadings in each action stored there.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 5, 2011                             /s/
                                                         Andrew T. Solomon