

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3000
F 212 660 3001
www.sandw.com

April 12, 2012





By Hand

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Re:   <u>Professional Offshore Opportunities Fund, Ltd. v. HuiFeng Bio-Pharmaceutical Technology Inc.</u>, 11-cv-04321-LAK

Dear Judge Kaplan:

We represent plaintiff Professional Offshore Opportunities Fund, Ltd.  We write to request an extension of the deadline to file a pre-trial order in this case.  The present deadline is April 14, 2012.

A short adjournment (perhaps 30 days) makes sense because the Court has before it a fully briefed summary judgment motion, which, if granted, would dispose of the entire case.  The case, I should add, is well suited for summary judgment resolution: plaintiff seeks to enforce a loan agreement.

Respectfully yours,

Andrew T. Solomon

Direct line:  212 660 3023
asolomon@sandw.com

Enclosure

cc:  Man C. Yam, Esq. (by email)

*MEMO ENDORSED*

Granted for 30 days

SO ORDERED
LEWIS A. KAPLAN, USDJ
4/13/12

BOSTON   NEW YORK   WASHINGTON, DC