USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PROFESSIONAL OFFSHORE OPPORTUNITY
FUND, LTD.,

                Plaintiff,

-against-

HUIFENG BIO-PHARMACEUTICAL
TECHNOLOGY, INC.,

                Defendant.
-----------------------------------------------------------X

11 **CIVIL** 4321 (LAK)

**JUDGMENT**

#12,0629

Plaintiff Professional Offshore Opportunity Fund, Ltd. ("PROOF") having moved for summary judgment, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on April 17, 2012, having rendered its Memorandum and Order granting Plaintiff's motion for summary judgment in all respects, and entering judgment in favor of Plaintiff in the aggregate amount of $649,949.64 consisting of (a) unpaid principal of $577,500,(b) the prior interest shortfall of $67,151.14, together with (c) interest on the unpaid principal at the rate of 10 percent from March 31, 2011 to the date of default (April 30, 2011) in the amount of $5,298.50 plus interest at the default rate of interest of 15 percent per annum from April 30, 2011 ($237.32 per day) on the unpaid principal amount of $577,500 to the date of judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 17, 2012, Plaintiff's motion for summary judgment is granted in all respects; Plaintiff has judgment in the aggregate amount of $649,949.64 consisting of (a) unpaid principal of $577,500,(b) the prior interest shortfall of $67,151.14, together with (c) interest on the unpaid principal at the rate of 10 percent from March 31, 2011 to the date of default

(April 30, 2011) in the amount of $5,298.50 plus interest at the default rate of interest of 15 percent per annum from April 30, 2011 ($237.32 per day) on the unpaid principal amount of $577,500 to the date of judgment $84,485.92, for total sum of $729,137.06; in addition, PROOF, in accordance with Section 11 of the note, shall recover its costs and expenses of enforcement (including reasonable attorneys fees and their costs), together with interest at the Prime Rate (as defined in the note); any application to recover costs and expenses of enforcement shall be made as provided and within the time specified in Fed. R. Civ. P. 54.

**Dated:** New York, New York
April 20, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____