KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROFESSIONAL OFFSHORE OPPORTUNITY
FUND, LTD.,

                                    Plaintiff(s),

-against-

HUIFENG BIO-PHARMACEUTICAL
TECHNOLOGY, INC.,
                                  Defendant(s)
------------------------------------------------------------X

Docket No. 1:11-cv-4321(LAK)
ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/12

### ORDER TO SHOW CAUSE TO PERMIT BERNARD & YAM, LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC.

Upon the annexed declaration of MAN YAM and the Memorandum of Law, and all prior proceedings herein, it is hereby ORDERED that defendant Huifeng Bio-pharmaceutical Technology, Inc., SHOW CAUSE before Hon. Lewis A. Kaplan, United States District Judge, in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, ~~at _____ am/pm~~ on ~~April~~ May 16 2012, or as soon thereafter as counsel may be heard, why an order pursuant to the inherent power of the Court should not be entered:

      (a)    Under Local Rule 1.4 permitting Bernard & Yam LLP to withdraw as counsel of record for Defendant Huifeng Bio-pharmaceutical Technology, Inc. in the above referenced action.

      (b)    Granting such other and further relief as the Court may deem just;

Opposition papers if any shall be served and filed on or before May 9 ~~of April~~ 2012, with proof of service filed promptly thereafter.

Reply papers if any shall be served and filed on or before ~~pm on April~~ May 14, 2012, with proof of service filed promptly thereafter, and it is further ordered that defendants time to respond to any motion by plaintiff for costs and expenses is stayed pending further order of the Court.

~~PENDING the hearing and determination of this motion, LET all proceedings in this actions be stayed.~~

SUFFICIENT CAUSE THEREFORE APPEARING, let service of a copy of this order, together with all papers annexed hereto by e-mail and overnight delivery via courier service to defendant Huifeng Bio-pharmaceutical Technology, Inc., be deemed sufficient service and a copy of this order without all the papers annexed hereto to plaintiff's attorney, Andrew Solomon be deemed sufficient service.

Dated: New York, New York
April 25, 2012

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge