

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD.,

    Plaintiff,

 -against-

HUIFENG BIO-PHARMACEUTICAL
TECHNOLOGY, INC.,

    Defendant.

------------------------------------------------------------------- x

Index No. 11-cv-04321-LAK

**ORDER**

  WHEREAS, on April 20, 2012, Civil Judgment #12,0629 was entered in the United States District Court for the Southern District of New York in favor of plaintiff Professional Offshore Opportunity Fund, Ltd. ("PROOF") and against defendant HuiFeng Bio-Pharmaceutical Technology, Inc. in the principal amount of $729,137.06 plus interest from date of judgment (the "Judgment"), all of which remains due and unpaid; and

  WHEREAS, Sullivan & Worcester LLP, 1290 Avenue of the Americas, New York, New York 10104, pursuant to a certain agreement dated December 17, 2007 (the "Escrow Agreement"), acted as escrow agent in the transaction at issue in this litigation; and

  WHEREAS, Sullivan & Worcester LLP, pursuant to its duties under the Escrow Agreement, currently holds $134,500.00 in a non-interest bearing account (the "Escrowed Funds");

  NOW IT IS HEREBY ORDERED, that Sullivan & Worcester LLP release the Escrowed Funds to PROOF in partial satisfaction of the Judgment; and

IT IS FURTHER ORDERED, that PROOF file a partial satisfaction of judgment with the Court within ten days after its receipt of the Escrowed Funds, and it is further ORDERED that this order is stayed to and including 5/21/12 in view of the pending motion by HFBI's attorney.

DATED: New York, New York
~~April~~ May 3, 2012

_____
Lewis A. Kaplan
United States District Judge