```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
PROFESSIONAL OFFSHORE OPPORTUNITY FUND, LTD.,

                        Plaintiff,

            -against-                                        11 Civ. 4321 (LAK)

HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC.,

                        Defendant.
------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/12

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       The order to show cause filed April 25, 2012 by defendant's counsel, Bernard & Yam LLP [DI 35] will be decided without argument. In accordance with the order to show cause, any opposition papers and reply papers must be filed by May 9, 2012 and May 14, 2012, respectively.

       SO ORDERED.

Dated:    May 9, 2012

                                                                           Lewis A. Kaplan
                                                                    United States District Judge