UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | : | |
|---|---|---|
| PROFESSIONAL OFFSHORE OPPORTUNITY FUND, LTD., a company registered under the laws of the British Virgin Islands, | : | 11-cv-04321-LAK |
| | : | |
| Plaintiff, | : | |
| -against- | : | |
| HUIFENG BIO-PHARMACEUTICAL TECHNOLOGY, INC., a Nevada corporation, | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------------- x

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

I have cases pending in this jurisdiction.

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Gretchen S. Silver**.

My SDNY Bar Number is GS0240.  My State Bar Number is 4434452.

I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:   Sullivan & Worcester LLP
　　　　　　　　1290 Avenue of the Americas, 29th Floor,
　　　　　　　　New York, NY 10104
　　　　　　　　Firm Telephone Number:  (212) 660-3000
　　　　　　　　Firm Fax Number:  (212) 660-3001

NEW ADDRESS:  Sullivan & Worcester LLP
　　　　　　　　1633 Broadway, 32nd Floor
　　　　　　　　New York, NY 10019
　　　　　　　　Firm Telephone Number:  (212) 660-3000
　　　　　　　　Firm Fax Number:  (212) 660-3001

       I will continue to be counsel of record for plaintiff in the above-entitled case.

Dated:  New York, New York
        June 7, 2012                                    By:/s/_____
                                                                            Gretchen S. Silver

To:    BERNARD & YAM, LLP
        401 Broadway, Suite 1708
        New York, N.Y. 10013
        Attn: Man Yam, Esq.
        (212) 219-7983

        *Attorneys for Defendant*