UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                :

PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., a company      :   11-cv-04321-LAK
registered under the laws of the British Virgin
Islands,                                        :

           Plaintiff,                          :

    -against-
                                                   :

HUIFENG BIO-PHARMACEUTICAL
TECHNOLOGY, INC., a Nevada corporation,  :

          Defendant.                         :

-------------------------------------------------------------------- x

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      I have cases pending in this jurisdiction.

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:  **Andrew T. Solomon**.

      My SDNY Bar Number is AS9200.  My State Bar Number is 2758597.

      I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:     Sullivan & Worcester LLP
                            1290 Avenue of the Americas, 29th Floor,
                            New York, NY 10104
                            Firm Telephone Number:  (212) 660-3000
                            Firm Fax Number:  (212) 660-3001

NEW ADDRESS:     Sullivan & Worcester LLP
                            1633 Broadway, 32nd Floor
                            New York, NY 10019
                            Firm Telephone Number:  (212) 660-3000
                            Firm Fax Number:  (212) 660-3001

      I will continue to be counsel of record for plaintiff in the above-entitled case.

Dated: New York, New York
      June 7, 2012                                         By: /s/_____
                                                                   Andrew T. Solomon

To:    BERNARD & YAM, LLP
       401 Broadway, Suite 1708
       New York, N.Y. 10013
       Attn: Man Yam, Esq.
       (212) 219-7983

*Attorneys for Defendant*